ond Circuit denied. *Mr. Dudley F. Phelps* for petitioners. *Mr. Arthur H. Van Brunt* and *Mr. Gordon M. Buck* for respondent.

---

No. 523. JOSEPH F. DIERICKX *v.* JAMES C. DAVIS, FEDERAL AGENT, ETC. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Indiana denied. *Mr. David K. Tone* for petitioner. *Mr. Silas H. Strawn, Mr. J. Walter Dohany, Mr. John D. Black, Mr. John A. Gavit* and *Mr. Frank E. Robson* for respondent

---

No. 525. COMMERCIAL ELECTRICAL SUPPLY COMPANY *v.* W. L. CURTIS, RECEIVER, ETC., ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James B. McDonough* and *Mr. M. C. Early* for petitioner. *Mr. Thomas B. Pryor* and *Mr. Vincent M. Miles* for respondents.

---

No. 527. NICODEMUS B. HURR ET AL. *v.* EVERETT W. DAVIS ET AL. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Robert C. Bell* for petitioners. No appearance for respondents.

---

No. 535. AMERICAN CHAIN COMPANY *v.* INTERSTATE IRON & STEEL COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James M. Beck* and *Mr. Victor Elting* for petitioner. *Mr. Jacob Newman* and *Mr. Edward R. Johnston* for respondent.